IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BANGS LABORATORIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| DUKE SCIENTIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

1:03-CV-0407 SEB - VSS

## COMPLAINT FOR PATENT INFRINGEMENT

1.  This action arises under the Patent Laws of the United States, Title 35, United States Code, and this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1338(a).

2.  Plaintiff, Bangs Laboratories, Inc. ("Bangs"), is an Indiana corporation with its principal place of business at 9025 Technology Drive, Fishers, Indiana 46038-2886.

3.  Defendant, Duke Scientific Corporation ("Duke"), is believed to be a California corporation with its principal place of business at 2463 Faber Place, Palo Alto, California 94303, and conducts substantial business in Indiana.

4.  Venue is proper in this judicial district.

## COUNT I

5.  U.S. Patent No. 4,767,206 ("the '206 patent"), titled CALIBRATION METHOD FOR FLOW CYTOMETRY USING FLUORESCENT MICROBEADS AND SYNTHESIS THEREOF, issued on August 30, 1988. The '206 patent is directed to a calibration method for flow cytometry using fluorescent microbeads. See Appendix A.

6.  Bangs is the rightful owner of all right, title, and interest to and in the '206 patent.

7.  On information and belief, Duke has infringed the '206 patent by manufacturing, using, and/or selling products, including but not limited to fluorescent beads sold under the Cyto-Cal™ mark, covered by one or more claims of the '206 patent, within the territorial limits of the United States. See Appendix B.

8.  Plaintiff contacted Defendant on at least two (2) previous occasions putting Defendant on notice of Plaintiff's '206 patent rights. See Appendix C. Nonetheless, Duke appears to be intent on continuing to infringe the '206 patent unless enjoined by this Court.

WHEREFORE, Bangs demands judgment against Defendant and prays for an Order granting:

A.  An injunction permanently restraining Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with it, from further acts of infringement of the '206 patent.

B.  An accounting to determine the damage caused Plaintiff by Defendant's acts of infringement and an award to Plaintiff of the amount of damage so determined, together with interest and costs.

C.  Increased damages up to three (3) times the amount of actual damages pursuant to 35 U.S.C. §284.

D.  An award to Plaintiff of its reasonable attorneys' fees under 35 U.S.C. §285.

E.  Such other and further relief as may be appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues triable by a jury.

BANGS LABORATORIES, INC.

Dated: March 21, 2003

_____
Daniel L. Boots
Steven G. Cracraft
C. John Brannon
Brad R. Maurer
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900
(317) 635-8900

ATTORNEYS FOR PLAINTIFF
**BANGS LABORATORIES, INC.**

770313 (0397-41645)